IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES PETERSON,

        Plaintiff,                    No. CIV S-09-3267 JAM KJM P

    vs.

GORE, et al.,

        Defendants.            <u>ORDER</u>

                                       /

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On July 20, 2010, the court ordered the United States Marshal to serve the complaint on defendant Gore. Process directed to defendant Gore was returned unserved at least in part due to the fact that his first name was not provided. Plaintiff must provide additional information to serve defendant Gore. Plaintiff shall promptly seek such information through the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that:

2         1.  The Clerk of the Court is directed to send to plaintiff one USM-285 form,

3 along with an instruction sheet and a copy of the complaint filed November 23, 2009;

4         2.  Within sixty days from the date of this order, plaintiff shall complete and

5 submit the attached Notice of Submission of Documents to the court, with the following

6 documents:

7             a.  One completed USM-285 form for defendant Gore;

8             b.  Two copies of the endorsed complaint filed November 23, 2009; and

9             c.  One completed summons form (if not previously provided)

10 or show good cause why he cannot provide such information; and

11         3.  Plaintiff's failure to comply with this order will result in a recommendation

12 that this action be dismissed.

13 DATED:  October 29, 2010.

14

15                                 U.S. MAGISTRATE JUDGE

16 1/mp
pete3267.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES PETERSON,

    Plaintiff,   No. CIV S-09-3267 JAM KJM P

  vs.

GORE, et al.,   NOTICE OF SUBMISSION

    Defendants.   OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    __1__ completed USM-285 forms

    __2__ copies of the November 23, 2009 Complaint

DATED:

_____
Plaintiff