IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES PETERSON,

    Plaintiff,                    No. CIV-S-09-3267 JAM CKD P

    vs.

GORE,

    Defendant.                  ORDER

_____/

       On October 21, 2011 defendant filed a motion to dismiss.  Plaintiff has not opposed the motion.  Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for dismiss or a statement of non-opposition.  Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: February 3, 2012

                                              CAROLYN K. DELANEY
                                              UNITED STATES MAGISTRATE JUDGE

de
pete3267.46

1