1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES PETERSON,

11            Plaintiff,              No.  2:09-cv-3267 JAM CKD P

12        vs.

13   GORE,

14            Defendant.            <u>ORDER</u>

15   _____/

16            Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19            On May 11, 2012, the magistrate judge filed findings and recommendations herein

20   which were served on all parties and which contained notice to all parties that any objections to

21   the findings and recommendations were to be filed within twenty-one days.  Neither party has

22   filed objections to the findings and recommendations.

23            The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1        1.  The findings and recommendations filed May 11, 2012, are adopted in full;

2        2.  Defendant's October 21, 2011 motion to dismiss for failure to exhaust

3 administrative remedies (Dkt. No. 39) is denied; and

4        3.  Defendant is ordered to file an answer to the complaint no later than 30 days

5 after the filed date of this order.

6 DATED: September 11, 2012

7                        /s/ John A. Mendez

8                        UNITED STATES DISTRICT COURT JUDGE