IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES PETERSON,

        Plaintiff,                  No. 2:09-cv-3267 JAM CKD P

    vs.

GORE,

        Defendant.               <u>ORDER</u>

_____/

        The parties shall meet and confer to determine whether they believe participation in a settlement conference would be beneficial.  During the entire week of June 10, 2013, the Eastern District of California, Fresno and Sacramento Divisions, is hosting Settlement Week, during which judges and volunteer mediators will conduct settlement conferences and mediation sessions at no charge to the parties.  After meeting and conferring, the parties shall Sujean Park at (916) 930-4278 or spark@caed.uscourts.gov and inform her whether they would like to participate in Settlement Week.

////
////
////
////
////

1

1  Based on the foregoing, it is HEREBY ORDERED that:

2  1.  Within thirty (30) days from the date of service of this order, the parties shall meet and confer regarding participation in Settlement Week and notify Sujean Park whether they believe participation would be beneficial.

Dated: March 6, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
pete3267.sw